## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| SUMAYA G., | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| v. | **Case No. 2:23-cv-00029-JCB** |
| KILOLO KIJAKAZI,<br>**Acting Commissioner of Social Security,** | |
| **Defendant.** | **Magistrate Judge Jared C. Bennett** |

IT IS ORDERED AND ADJUDGED that Acting Commissioner of Social Security Kilolo

Kijakazi's ("Commissioner") decision in this action is REVERSED under sentence four of 42

U.S.C. § 405(g), and this action is REMANDED to the Commissioner for further administrative

proceedings.

DATED this 8th day of September 2023.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge